AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Billy Gober

*Defendant*

Case: 1:23-mj-00209
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 8/17/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Billy Gober,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - (Civil Disorder);
18 U.S.C. § 111(a)(1) - (Assaulting, Resisting, or Impeding Certain Officers);
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(4) - (Engaging in Physical Violence in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F)-(Act of Physical Violence in the Capitol Grounds or Buildings).

Date: 08/17/2023

*Judge's signature*

City and state: Washington, D.C.        Honorable Moxila A. Upadhyaya
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 8/17/2023, and the person was arrested on *(date)* 9/13/2023
at *(city and state)* 1277 FM 2104, SMITHVILLE, TEXAS

Date: 9/13/2023

*Arresting officer's signature*

TFO KAREN OLSON
*Printed name and title*