UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         CASE:1:23-mj-00209-MAU

VS.

BILLY JOE GOBER

**ORDER**

Considering the foregoing:

IT IS ORDERED THAT the Motion is granted, and Joseph J. Long is allowed to be admitted *pro hac vice*, for the case mentioned above.

Signed at Washington D. C., this _____ day of September, 2023.

_____